IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CALVIN REDDICK,

   Plaintiff,

     v.

UNITED STATES COMMISSIONER
OF INTERNAL REVENUE,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-1561-TWT

## ORDER

This is an action seeking to recover an income tax assessment. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 28 day of May, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Reddick\r&r.wpd